**No. 49594.**—Protest 94787–K of Eugene B. Baehr & Sons (New York).

Opinion by OLIVER, P. J. At the trial it was agreed by counsel that the harmonicas are similar in all material respects to those the subject of Abstract 40586, which record was incorporated herein. In accordance therewith the claim under paragraph 1541 was sustained.

**No. 49595.**—Protest 79437–K of Industrial Commercial Consultants, Inc. (New York).

Opinion by OLIVER, P. J. At the trial plaintiff produced two witnesses and their testimony, together with a report of the customs laboratory, showed the merchandise to be 100 percent synthetic phenolic resin. In view of the record and following Abstract 45795, which was incorporated herein, the merchandise was found to be a manufacture of synthetic phenolic resin. The claim under paragraph 1558 was sustained.

**No. 49596.**—Protests 100681–K, etc., of Louis Wolf Co., Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49597.**—Petition 6343–R of Sears, Roebuck & Co. (Boston).

Opinion by OLIVER, P. J. In view of the testimony at the hearings and the admission of Government counsel that an investigation by a customs agent affirmed the evidence introduced on behalf of petitioners, the court was satisfied that the entry was made without intent to defraud the revenue of the United States or to conceal or misrepresent the facts. Petition was therefore granted.